U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2019 JUL -9 PM 1:45

CLERK

BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

SERENDIPTY MORALES,

    Plaintiff,

v.

CHAD NEWTON and BARRY JOSEPH MacKENZIE,

    Defendants.

Case No. 5:17-cv-124

### ENTRY ORDER

The court adopts and approves the Report and Recommendation filed in this case by U.S. Magistrate Judge Conroy (Doc. 68) with the exception of that portion of the R & R concerning the appointment of counsel. The court has now appointed counsel for plaintiff. The court has signed the parties' stipulated discovery order. (Doc. 86). The only defendant currently served and participating in the case is defendant Chad Newton.

Plaintiff shall provide a report concerning the status of service of process and status as a party for defendant MacKenzie within 15 days. The court has previously received the unexecuted summons with a notation that the marshal's service has been unable to locate Mr. MacKenzie at the Forked River, New Jersey address. (Doc. 81).

Dated at Rutland, in the District of Vermont, this 9th day of July, 2019.

                              Geoffrey W. Crawford, Chief Judge
                              United States District Court